UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DISABILITY SUPPORT ALLIANCE,
on behalf of its members; and ERIC
WONG,

          Plaintiffs,

v.

HEARTWOOD ENTERPRISES, LLC,

          Defendant.

Civil No. 15-cv-529 PAM/FLN

**DEFENDANT'S HEARTWOOD ENTERPRISES, LLC'S MOTION FOR SUMMARY JUDGMENT**

Heartwood Enterprises, LLC ("Defendant"), by and through its counsel, hereby moves this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant's motion for summary judgment.

Defendant's motion is based upon the file, record, pleadings, arguments of counsel, and memoranda of law to be filed in the ordinary course.

Dated:  November 13, 2015

**WINTHROP & WEINSTINE, P.A.**

By: s/ Joseph M. Windler
    Joseph M. Windler, #387758

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Email:  jwindler@winthrop.com

Attorneys for Heartwood Enterprises, LLC

11146503v1