UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and ERIC WONG, | Civil No. 15-cv-529 PAM/FLN |
| Plaintiffs, | **DEFENDANT'S HEARTWOOD ENTERPRISES, LLC'S NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| HEARTWOOD ENTERPRISES, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that on Tuesday, January 19, 2016, at 11:00 a.m. before the Honorable Paul A. Magnuson, United States Judge for the District of Minnesota, Courtroom 7D, U.S. Courthouse, 316 N. Robert Street, St. Paul, Minnesota 55101, Heartwood Enterprises, LLC ("Defendant") by and through its counsel, will move this Court to grant Defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant's motion will be based upon the files, records, pleadings, arguments of counsel, and memoranda of law and other submissions to be filed in the ordinary course.

Dated: November 13, 2015

**WINTHROP & WEINSTINE, P.A.**

By: s/ Joseph M. Windler
    Joseph M. Windler, #387758

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6400
Email: jwindler@winthrop.com

Attorneys for Heartwood Enterprises, LLC

11146538v1