**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**NOTICE OF CIVIL**
**CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom 7D, Seventh Floor, 316 North Robert St., St. Paul, Minnesota.   These cases are scheduled for trial on and after **Monday, May 2, 2016 at 9:00 A.M.**  Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials.  **DO NOT REPORT UNTIL NOTIFIED BY THE COURTROOM DEPUTY.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs.  For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar.  Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota and the ECF Procedures Guide. Counsel should note in particular Local Rule 39 regarding Trial Practice. Original documents are to be filed on CM/ECF by **March 21, 2016**.  Please submit two hard copies of all pretrial materials directly to Judge Magnuson's Chambers, Room 734 Warren E. Burger Federal Building, 316 North Robert St., St. Paul, MN 55101, and one copy directly to Judge Magnuson's email box (magnuson_chambers@mnd.uscourts.gov).   The proposed trial documents should be submitted in **WORD** format.  Use of this email box does not constitute filing with CM/ECF, nor is it a replacement for filing.  Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39.

Questions regarding the calendar may be directed to Jackie Phipps, Courtroom Deputy for Judge Magnuson, 734 Warren E. Burger Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: November 24, 2015

*s/Jackie Phipps*
Jackie Phipps
Courtroom Deputy for
Judge Paul A. Magnuson

## CIVIL TRIAL CALENDAR BEFORE JUDGE PAUL A. MAGNUSON
_____

1. United States of America · **JURY TRIAL**

   v. · Civil No. 14cv01139 PAM/JSM
   · Re: Federal Question
   Edward Septon, et al. · Elot: 3 Days

   For Plaintiff:   Ana H. Voss · 612-664-5600

   For Defendant
   Edward Septon:   Edward Septon, Pro Se · 612-816-2883
   Pamela Septon:   Deborah K. Ellis · 651-288-3554
   _____

2. Dale Freiheit · **JURY TRIAL**

   v. · Civil No. 14cv04733 PAM/BRT
   · Re: Fair Labor Standards Act
   Wayne Transports, Inc. · Elot: 2 Days

   For Plaintiff:   Brittany B. Skemp · 612-256-3200
                    Rachhana T. Srey · 612-256-3200

   For Defendant:   Sara Gullickson McGrane · 612-339-6321
                    Grant T. Collins · 612-373-8519
   _____

3. Disability Support Alliance, et al. · **BENCH TRIAL**

   v. · Civil No. 15cv00529 PAM/FLN
   · Re: Americans with Disabilities
   ·     Act
   Heartwood Enterprises, LLC · Elot: 2 Days

   For Plaintiff:   Paul R. Hansmeier · 612-234-5744

   For Defendant:   Joseph M. Windler · 612-604-6646
   _____

4.  Daniel E. Winge                                    **JURY TRIAL**

    v.                                                 Civil No. 15cv00187 PAM/FLN
                                                       Re: Foreclosure
    Nationstar Mortgage LLC, et al.                    Elot: 2 Days

    For Plaintiff:    Dominick J. Haik                 651-757-1007
                      Jesse H. Kibort                  763-201-1215

    For Defendant:    Jared D. Kemper                  612-486-1900

_____

5.  Kortney Greer                                      **JURY TRIAL**

    v.                                                 Civil No. 15cv00465 PAM/JSM
                                                       Re: Personal Injury
    Walsh Construction Company                         Elot: 4 Days

    For Plaintiff:    Stacy Deery Stennes              952-252-0490
                      Thomas J. Conlin                 952-252-0490

    For Defendant:    Margaret Ann Santos              612-334-2540
                      Matthew P. Walsh, II             312-704-3000
                      Michael T. Berger                612-333-3434

_____

6.  Daniel J. Smith                                    **BENCH TRIAL**

    v.                                                 Civil No. 15cv02868 PAM/JJK
                                                       Re: ERISA-Employee Benefits
    Heartford Life and Accident                        Elot: 2 Days
    Insurance Company

    For Plaintiff:    Stephen S. Torvik                320-269-8024
                      Heidi Torvik                     320-269-6461

    For Defendant:    Molly R. Hamilton Cawley         612-672-3672
                      Terrance J. Wagener              612-672-3674