UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DISABILITY SUPPORT ALLIANCE,
on behalf of its members; and ERIC
WONG,

           Plaintiffs,        Civil No. 15-cv-529 PAM/FLN

v.

HEARTWOOD ENTERPRISES, LLC,

           Defendant.

**DECLARATION OF JOSEPH M. WINDLER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Joseph M. Windler, declare as follows:

1.    I am an attorney licensed to practice law in the State of Minnesota. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota, and am the attorney representing Heartwood Enterprises, LLC ("″Heartwood"), in the above-referenced matter.

2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiff's Response to Defendant's Interrogatories.

3.    Attached hereto as <u>Exhibit B</u> are true and correct copies of deposition excerpts of Eric Wong, taken on November 5, 2015 [Confidential- Filed Under Seal].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2015.

                                          s/ Joseph M. Windler
                                          Joseph M. Windler

11226660v1