UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and ERIC WONG,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HEARTWOOD ENTERPRISES, LLC,<br><br>    *Defendant*. | Case No. 0:15-cv-0529-PAM-FLN |

    I, Eric Wong, swear and affirm that the following statements are true and correct to the best of my knowledge and understanding:

    1.    I am over 18 years old and competent to make the following statements. I am the Plaintiff in the above-captioned action. Except as otherwise stated, all of the following statements are made from personal knowledge.

    2.    I am a resident of the city of Minneapolis, in the State of Minnesota, and have lived approximately 9.0 miles away from 889 Grand Building during the pendency of this litigation.

    3.    I am legally disabled.

    4.    I have been diagnosed with Ehlers-Danlos syndrome, a rare and disabling genetic condition typified by joint instability and chronic musculoskeletal pain.

    5.    I experience frequent subluxations (partial dislocations) of my shoulders, elbows, hips, and knees. I am substantially limited in performing several major life activities, including but not limited to walking, standing and gripping.

6. Postural orthostatic hypertension, a condition related to Ehlers-Danlos syndrome, causes me to lose consciousness while performing tasks that require me to be upright.

7. I have been declared legally disabled by an administrative law judge of the United States Social Security Administration. My medical condition requires me to use a wheelchair for mobility when traveling outside my home.

8. I visited the 889 Grand Building on December 3, 2014. When I visited I encountered a building with an approximately seven-inch step separating the public sidewalk from the private sidewalk leading to the main entrance. I further encountered a main entrance with four steps of approximately seven inches per step. I am unable to traverse steps in my wheelchair.

9. 889 Grand Building does not have any accessible entrances. Nor is there any signage indicating the availability of an accessible entrance or an alternate accessible location. Accordingly, I was unable to navigate to the main entrance of the 889 Grand Building. True and correct photographs of the 889 Grand Building as I experienced it are attached to this declaration.

10. Since the date of my original visit, I have returned to the 889 Grand Building to attempt to access its accommodations.

11. I plan to return to the 889 Grand Building when I learn that it has made improvements by way of removing discriminatory barriers.

12. I originally visited the 889 Grand Building to visit Dr. Raich. I have since revisited the Grand Avenue area on multiple occasions.

13. I have an extremely strong interest in revisiting the 889 Grand Building once it attempts to bring itself into compliance with the law in order to determine that Heartwood is no longer discriminating against me and other people with disabilities.

14. I am deterred from visiting the 889 Grand Building until Heartwood brings itself into compliance with the law.

15. I have no interest in voluntarily subjecting myself to even more discrimination from Heartwood, and I look forward to Heartwood bringing itself into compliance with the law.

16. Plaintiff Disability Support Alliance is a Minnesota nonprofit corporation. Its members are people with disabilities. Its mission is to eliminate discrimination on the basis of disability. Wong is a member of the Disability Support Alliance.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

/s/ Eric Wong
Eric Wong













