

WINTHROP WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

January 5, 2016

Joseph M. Windler
Direct Dial: (612) 604-6646
Direct Fax: (612) 604-6846
jwindler@winthrop.com

**VIA ECF**
The Hon. Paul A. Magnuson
United States District Court
734 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:    *Disability Support Alliance, et al. v. Heartwood Enterprises, LLC*
       Court File No. 15-cv-00529
       Declaration of Peter Hansmeier

Dear Judge Magnuson:

I represent the defendant Heartwood Enterprises, LLC ("Heartwood") in the above-referenced action. Heartwood respectfully requests the Court's guidance regarding a potential motion to strike that it intends to bring in this matter.

By way of background, Heartwood moved for summary judgment against all of Plaintiffs' claims on December 8, 2015. Plaintiffs filed their opposition papers on December 29, 2015. In support of their opposition papers, Plaintiffs submitted the Declaration of Peter Hansmeier. Heartwood does not believe that the Declaration of Peter Hansmeier should be considered by the Court, as Peter Hansmeier was not disclosed in Plaintiffs' Initial Disclosures, as part of fact discovery, or as part of expert discovery. As a result, Heartwood believes that a motion to strike the Declaration of Peter Hansmeier is appropriate.

That being said, Heartwood respectfully requests the Court's guidance on a number of issues. First, as Peter Hansmeier's Declaration was filed in support of Plaintiffs' Memorandum in Opposition to Heartwood's Motion for Summary Judgment, Heartwood believes that it is appropriate for Your Honor to hear Heartwood's Motion to Strike. As such, Heartwood respectfully requests guidance from the Court regarding whether Heartwood's Motion to Strike should be filed and scheduled before Your Honor or Judge Noel.

Second, provided that Your Honor elects to hear Heartwood's Motion to Strike, Heartwood respectfully proposes that the Motion to Strike be heard at the same time as Heartwood's Motion for Summary Judgment, which is currently scheduled to be heard on

The Hon. Paul A. Magnuson
January 5, 2016
Page 2

January 25, 2016 at 11:00 a.m.  Heartwood respectfully requests guidance from the Court as to whether this proposal is acceptable or whether Heartwood should schedule a separate motion hearing.

Heartwood thanks the Court for the opportunity to be heard on these issues.  If the Court has any questions or concerns regarding any of the foregoing, please do not hesitate to contact me.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*s/ Joseph M. Windler*

Joseph M. Windler
JMW/gyl

cc:     Paul Hansmeier (via ECF)

11342220v1