UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABLE SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG,<br><br>Plaintiffs,<br>vs.<br>HEARTWOOD ENTERPRISES, LLC,<br><br>Defendant. | No.: 15-cv-529 PAM/FLN<br><br>**DEFENDANT'S HEARTWOOD ENTERPRISES, LLC'S MOTION TO STRIKE** |

Heartwood Enterprises, LLC ("Defendant"), by and through its counsel, hereby moves this Court for an order pursuant to Rule 37 of the Federal Rules of Civil Procedure granting Defendant's Motion To Strike the Declaration of Peter Hansmeier (ECF 29), and all exhibits attached thereto.

Defendant's motion is based upon the file, record, pleadings, arguments of counsel, and memoranda of law to be filed in the ordinary course.

Dated:  January 11, 2016    **WINTHROP & WEINSTINE, P.A.**

By: s/ Joseph M. Windler
      Joseph M. Windler, #387758

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Email:  jwindler@winthrop.com

Attorneys for Heartwood Enterprises, LLC

11365460v1