UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG, | ) ) ) ) | No.:  15-cv-529 PAM/FLN |
| Plaintiffs, | ) ) | **DEFENDANT HEARTWOOD** |
| vs. | ) | **ENTERPRISES, LLC'S NOTICE** |
| | ) | **OF HEARING ON MOTION TO** |
| HEARTWOOD ENTERPRISES, LLC, | ) | **STRIKE** |
| | ) | |
| Defendant. | ) ) | |

PLEASE TAKE NOTICE that on January 25, 2016, at 11:00 a.m. before the Honorable Paul A. Magnuson, United States Judge for the District of Minnesota, Courtroom 7D, U.S. Courthouse, 316 N. Robert Street, St. Paul, Minnesota 55101, Defendant Heartwood Enterprises, LLC ("Defendant") by and through its counsel, will move this Court to grant Defendants' Motion To Strike the Declaration of Peter Hansmeier (ECF 29), and all exhibits thereto, pursuant to Rule 37 of the Federal Rules of Civil Procedure.  Defendant's motion will be based upon the files, records, pleadings, arguments of counsel, and memoranda of law and other submissions to be filed in the ordinary course.

Dated:  January 11, 2016

**WINTHROP & WEINSTINE, P.A.**

By: s/ Joseph M. Windler
    Joseph M. Windler, #387758

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Email:  jwindler@winthrop.com

Attorneys for Heartwood Enterprises, LLC

11365459v1

2