UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG,<br><br>       Plaintiffs,<br>vs.<br><br>HEARTWOOD ENTERPRISES, LLC,<br><br>       Defendant. | No.: 15-cv-529 PAM/FLN<br><br>**DECLARATION OF JOSEPH M. WINDLER IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE** |

I, Joseph M. Windler, declare as follows:

1. I am an attorney licensed to practice law in the State of Minnesota. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota, and am the attorney representing Heartwood Enterprises, LLC ("Heartwood"), in the above-referenced matter.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Heartwood's Interrogatories to Plaintiffs.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Heartwood's Document Requests to Plaintiffs.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiffs' Responses to Defendant's Document Requests.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an email string between Plaintiffs' and Defendant's counsel, dated January 4, 2016 through January 5, 2016.

6. Plaintiffs never disclosed Peter Hansmeier as a witness with discoverable information.

7. Plaintiffs never supplemented their interrogatory responses or initial disclosures.

8. Plaintiffs failed to make any expert disclosures by the Court's September 1, 2015 deadline. Plaintiffs likewise failed to produce any expert reports by the Court's September 1, 2015 expert disclosure deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2016.

s/ Joseph M. Windler<br>Joseph M. Windler

11365457v1