# UNITED STATES DISTRICT COURT
## District of Minnesota

Disability Support Alliance
and Eric Wong

                    Plaintiff,

v.

Heartwood Enterprises, LLC

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-529 (PAM/FLN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Heartwood's Motion to Strike (Docket No. 35) is **GRANTED**;

2. Plaintiffs will pay Heartwood's costs and attorney's fees associated with bringing the Motion to Strike;

   and

3. Heartwood's Motion for Summary Judgment (Docket No. 13) is **GRANTED**.


Date: February 24, 2016

                                                  RICHARD D. SLETTEN, CLERK

                                                             s/L. Brennan

                              (By)                        L. Brennan, Deputy Clerk