**WINTHROP WEINSTINE**

ATTORNEYS AND COUNSELORS AT LAW

March 9, 2016

Joseph M. Windler
Direct Dial: (612) 604-6646
Direct Fax: (612) 604-6846
jwindler@winthrop.com

**VIA ECF**
The Hon. Paul A. Magnuson
United States District Court
734 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:  *Disability Support Alliance, et al. v. Heartwood Enterprises, LLC*
     Court File No. 15-cv-00529
     Attorneys' Fees and Costs Incurred in Connection with Heartwood's Motion to Strike

Dear Judge Magnuson:

I represent the Defendant Heartwood Enterprises, LLC ("Heartwood") in the above-referenced action.

On February 24, 2016, the Court granted Heartwood's Motion to Strike and ordered that: "Plaintiffs will pay Heartwood's costs and attorney's fees associated with bringing the Motion to Strike." The Court further entered Judgment consistent with the above-quoted language the same day. Heartwood and Plaintiffs believe that they have reached a resolution regarding Heartwood's costs and attorneys' fees associated with the Motion to Strike that would not require further Court intervention. The parties will advise the Court that the issue has been completely resolved upon satisfaction of the terms of the parties' agreement.

If the Court has any questions or concerns regarding any of the foregoing, please do not hesitate to contact me.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*s/ Joseph M. Windler*

Joseph M. Windler
JMW/gyl

cc:   Paul Hansmeier (via ECF)

11623420v1