UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>HEARTWOOD ENTERPRISES, LLC,<br><br>　　　　　　　　Defendant. | No.: 15-cv-529 PAM/FLN<br><br>**DECLARATION OF JOSEPH M. WINDLER** |

I, Joseph M. Windler, hereby declare as follows:

1. I am a shareholder with the law firm of Winthrop & Weinstine, P.A. ("Winthrop & Weinstine"). I represent Defendant Heartwood Enterprises, LLC ("Heartwood"), in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. From January 23, 2015 to March 2016, Winthrop & Weinstine provided legal services to Heartwood with respect to the above-captioned case.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of an invoice from Twin City Reporting, LLC. The services obtained, on November 5, 2015, were for taking the deposition of Eric Wong, which was used in arguing Heartwood's successful Summary Judgment Motion.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Winthrop & Weinstine's Billed and Unbilled Recap of Cost Detail for costs incurred in providing courtesy copies to the court in this matter.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed this 25th day of March, 2016 at Minneapolis, Minnesota.

s/ Joseph M. Windler
Joseph M. Windler

11683252v2