Exhibit B

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]                                                                                                            Page 1
Client:019097 - Heartwood Enterprises, LLC  3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 2/4/2015 | 467 | Joseph M. Windler | 192 | 1.00 | 30.00 | 30.00 | Delivery Service | 2535436 |
| 3/12/2015 | | Invoice=370511 | | 1.00 | 30.00 | 30.00 | | |
| 2/16/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2530244 |
| 3/12/2015 | | Invoice=370511 | | 5.00 | 0.12 | 0.60 | | |
| 2/18/2015 | 0467 | Joseph M. Windler | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2531654 |
| 3/12/2015 | | Invoice=370511 | | 13.00 | 0.12 | 1.56 | | |
| 2/18/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 30.00 | 0.12 | 3.60 | Photocopies | 2531655 |
| 3/12/2015 | | Invoice=370511 | | 30.00 | 0.12 | 3.60 | | |
| 2/18/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 66.00 | 0.12 | 7.92 | Photocopies | 2531656 |
| 3/12/2015 | | Invoice=370511 | | 66.00 | 0.12 | 7.92 | | |
| 2/18/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 30.00 | 0.12 | 3.60 | Photocopies | 2531657 |
| 3/12/2015 | | Invoice=370511 | | 30.00 | 0.12 | 3.60 | | |
| 2/18/2015 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2531658 |
| 3/12/2015 | | Invoice=370511 | | 21.00 | 0.12 | 2.52 | | |
| 2/18/2015 | 0073 | General Office | 260 | 1.00 | 3.08 | 3.08 | Postage | 2532164 |
| 3/12/2015 | | Invoice=370511 | | 1.00 | 3.08 | 3.08 | | |
| 2/19/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2531982 |
| 3/12/2015 | | Invoice=370511 | | 6.00 | 0.12 | 0.72 | | |
| 2/20/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2532607 |
| 3/12/2015 | | Invoice=370511 | | 7.00 | 0.12 | 0.84 | | |
| 2/25/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2534641 |
| 3/12/2015 | | Invoice=370511 | | 15.00 | 0.12 | 1.80 | | |
| 2/25/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2534642 |
| 3/12/2015 | | Invoice=370511 | | 9.00 | 0.12 | 1.08 | | |
| 2/25/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2534643 |
| 3/12/2015 | | Invoice=370511 | | 9.00 | 0.12 | 1.08 | | |
| 2/26/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2535411 |
| 3/12/2015 | | Invoice=370511 | | 9.00 | 0.12 | 1.08 | | |
| 3/9/2015 | 0073 | General Office | 560 | 1.00 | 10.00 | 10.00 | Documents - Wayne Marshall - Hennepin County | 2539415 |
| 4/14/2015 | | Invoice=372126 | | 1.00 | 10.00 | 10.00 | 3/9/2015 | |
| | | Voucher=382516 Paid | | | | | Vendor=Wayne Marshall  Balance= .00  Amount= 220.90 | |
| | | | | | | | Check #703233  03/10/2015 | |
| 3/9/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 30.00 | 30.00 | Delivery Service | 2542793 |
| 4/14/2015 | | Invoice=372126 | | 1.00 | 30.00 | 30.00 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 23.00 | 0.12 | 2.76 | Photocopies | 2542722 |
| 4/14/2015 | | Invoice=372126 | | 23.00 | 0.12 | 2.76 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2542723 |
| 4/14/2015 | | Invoice=372126 | | 10.00 | 0.12 | 1.20 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 11.00 | 0.12 | 1.32 | Photocopies | 2542724 |
| 4/14/2015 | | Invoice=372126 | | 11.00 | 0.12 | 1.32 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2542725 |
| 4/14/2015 | | Invoice=372126 | | 5.00 | 0.12 | 0.60 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2542726 |
| 4/14/2015 | | Invoice=372126 | | 5.00 | 0.12 | 0.60 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2542727 |
| 4/14/2015 | | Invoice=372126 | | 9.00 | 0.12 | 1.08 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2542728 |
| 4/14/2015 | | Invoice=372126 | | 8.00 | 0.12 | 0.96 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2542729 |
| 4/14/2015 | | Invoice=372126 | | 8.00 | 0.12 | 0.96 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2542730 |
| 4/14/2015 | | Invoice=372126 | | 7.00 | 0.12 | 0.84 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2542731 |
| 4/14/2015 | | Invoice=372126 | | 9.00 | 0.12 | 1.08 | | |
| 3/13/2015 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2542732 |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  Page 2
Client:019097 - Heartwood Enterprises, LLC  3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 4/14/2015 | | Invoice=372126 | | 8.00 | 0.12 | 0.96 | | |
| 3/25/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2547690 |
| 4/14/2015 | | Invoice=372126 | | 7.00 | 0.12 | 0.84 | | |
| 3/26/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2548252 |
| 4/14/2015 | | Invoice=372126 | | 6.00 | 0.12 | 0.72 | | |
| 3/26/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2548253 |
| 4/14/2015 | | Invoice=372126 | | 6.00 | 0.12 | 0.72 | | |
| 3/26/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2548254 |
| 4/14/2015 | | Invoice=372126 | | 6.00 | 0.12 | 0.72 | | |
| 3/27/2015 | 0467 | Joseph M. Windler | 250 | 92.00 | 0.12 | 11.04 | Photocopies | 2549399 |
| 4/14/2015 | | Invoice=372126 | | 92.00 | 0.12 | 11.04 | | |
| 4/1/2015 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2551230 |
| 5/12/2015 | | Invoice=373431 | | 21.00 | 0.12 | 2.52 | | |
| 4/20/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2559968 |
| 5/12/2015 | | Invoice=373431 | | 5.00 | 0.12 | 0.60 | | |
| 4/21/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2560459 |
| 5/12/2015 | | Invoice=373431 | | 5.00 | 0.12 | 0.60 | | |
| 5/5/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2566913 |
| 6/16/2015 | | Invoice=375615 | | 5.00 | 0.12 | 0.60 | | |
| 5/11/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2569154 |
| 6/16/2015 | | Invoice=375615 | | 7.00 | 0.12 | 0.84 | | |
| 5/11/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2569155 |
| 6/16/2015 | | Invoice=375615 | | 5.00 | 0.12 | 0.60 | | |
| 5/18/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2572415 |
| 6/16/2015 | | Invoice=375615 | | 5.00 | 0.12 | 0.60 | | |
| 5/27/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2575811 |
| 6/16/2015 | | Invoice=375615 | | 7.00 | 0.12 | 0.84 | | |
| 5/27/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2575812 |
| 6/16/2015 | | Invoice=375615 | | 5.00 | 0.12 | 0.60 | | |
| 6/1/2015 | 0467 | Joseph M. Windler | 250 | 20.00 | 0.12 | 2.40 | Photocopies | 2577787 |
| 7/23/2015 | | Invoice=377667 | | 20.00 | 0.12 | 2.40 | | |
| 6/1/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2578051 |
| 7/23/2015 | | Invoice=377667 | | 10.00 | 0.12 | 1.20 | | |
| 6/3/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2579198 |
| 7/23/2015 | | Invoice=377667 | | 6.00 | 0.12 | 0.72 | | |
| 6/8/2015 | 0467 | Joseph M. Windler | 470 | 1.00 | 9.00 | 9.00 | Parking - Joseph M. Windler - St. Paul, MN - | 2580592 |
| 7/23/2015 | | Invoice=377667 | | 1.00 | 9.00 | 9.00 | Parking fee to attend Pretrial Scheduling | |
| | | | | | | | Conference at the MN Federal Courthouse - May 27 | |
| | | | | | | | 2015 | |
| | | Voucher=385273 Paid | | | | | Vendor=Joseph M. Windler  Balance= .00  Amount= 233.00 | |
| | | | | | | | Check #703779  06/18/2015 | |
| 6/10/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2582905 |
| 7/23/2015 | | Invoice=377667 | | 6.00 | 0.12 | 0.72 | | |
| 6/10/2015 | 0467 | Joseph M. Windler | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2582906 |
| 7/23/2015 | | Invoice=377667 | | 15.00 | 0.12 | 1.80 | | |
| 6/10/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2582907 |
| 7/23/2015 | | Invoice=377667 | | 6.00 | 0.12 | 0.72 | | |
| 6/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 11.00 | 0.12 | 1.32 | Photocopies | 2583006 |
| 7/23/2015 | | Invoice=377667 | | 11.00 | 0.12 | 1.32 | | |
| 6/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2583007 |
| 7/23/2015 | | Invoice=377667 | | 10.00 | 0.12 | 1.20 | | |
| 6/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2583008 |
| 7/23/2015 | | Invoice=377667 | | 1.00 | 0.12 | 0.12 | | |
| 6/10/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 20.00 | 20.00 | Delivery Service | 2585161 |
| 7/23/2015 | | Invoice=377667 | | 1.00 | 20.00 | 20.00 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM                                                                                Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 6/10/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 20.00 | 20.00 | Delivery Service | 2589076 |
| 7/23/2015 |  | Invoice=377667 |  | 1.00 | 20.00 | 20.00 |  |  |
| 7/27/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2606251 |
| 8/20/2015 |  | Invoice=379284 |  | 8.00 | 0.12 | 0.96 |  |  |
| 7/28/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2606803 |
| 8/20/2015 |  | Invoice=379284 |  | 5.00 | 0.12 | 0.60 |  |  |
| 7/28/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2606804 |
| 8/20/2015 |  | Invoice=379284 |  | 6.00 | 0.12 | 0.72 |  |  |
| 7/29/2015 | 0467 | Joseph M. Windler | 250 | 11.00 | 0.12 | 1.32 | Photocopies | 2607351 |
| 8/20/2015 |  | Invoice=379284 |  | 11.00 | 0.12 | 1.32 |  |  |
| 8/4/2015 | 0467 | Joseph M. Windler | 250 | 12.00 | 0.12 | 1.44 | Photocopies | 2609587 |
| 9/18/2015 |  | Invoice=380878 |  | 12.00 | 0.12 | 1.44 |  |  |
| 8/18/2015 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2614675 |
| 9/18/2015 |  | Invoice=380878 |  | 21.00 | 0.12 | 2.52 |  |  |
| 8/28/2015 | 0467 | Joseph M. Windler | 250 | 19.00 | 0.12 | 2.28 | Photocopies | 2619151 |
| 9/18/2015 |  | Invoice=380878 |  | 19.00 | 0.12 | 2.28 |  |  |
| 8/28/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2619152 |
| 9/18/2015 |  | Invoice=380878 |  | 5.00 | 0.12 | 0.60 |  |  |
| 8/28/2015 | 0467 | Joseph M. Windler | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2619153 |
| 9/18/2015 |  | Invoice=380878 |  | 15.00 | 0.12 | 1.80 |  |  |
| 8/29/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2619150 |
| 9/18/2015 |  | Invoice=380878 |  | 6.00 | 0.12 | 0.72 |  |  |
| 8/31/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2619481 |
| 9/18/2015 |  | Invoice=380878 |  | 9.00 | 0.12 | 1.08 |  |  |
| 9/1/2015 | 0467 | Joseph M. Windler | 470 | 1.00 | 3.00 | 3.00 | Parking - Joseph M. Windler - St. Paul, MN - | 2619657 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 3.00 | 3.00 | Parking for site visit with expert - Aug 18, 2015 |  |
|  |  | Voucher=387614 Paid |  |  |  |  | Vendor=Joseph M. Windler  Balance= .00  Amount= 121.00 Check #704205  09/10/2015 |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 4.00 | 0.50 | 2.00 | Color Photocopies | 2619969 |
| 10/12/2015 |  | Invoice=382000 |  | 4.00 | 0.50 | 2.00 |  |  |
| 9/1/2015 | 0500 | Copy Center | 250 | 2.00 | 0.12 | 0.24 | Photocopies | 2619970 |
| 10/12/2015 |  | Invoice=382000 |  | 2.00 | 0.12 | 0.24 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619971 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619972 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619973 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619974 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619975 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619976 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619977 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619978 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619979 |
| 10/12/2015 |  | Invoice=382000 |  | 1.00 | 0.50 | 0.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 3.00 | 0.50 | 1.50 | Color Photocopies | 2619980 |
| 10/12/2015 |  | Invoice=382000 |  | 3.00 | 0.50 | 1.50 |  |  |
| 9/1/2015 | 0500 | Copy Center | 265 | 3.00 | 0.50 | 1.50 | Color Photocopies | 2619981 |
| 10/12/2015 |  | Invoice=382000 |  | 3.00 | 0.50 | 1.50 |  |  |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  Page 4
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619982 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 0.50 | 0.50 | | |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619983 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 0.50 | 0.50 | | |
| 9/1/2015 | 0500 | Copy Center | 265 | 2.00 | 0.50 | 1.00 | Color Photocopies | 2619984 |
| 10/12/2015 | | Invoice=382000 | | 2.00 | 0.50 | 1.00 | | |
| 9/1/2015 | 0500 | Copy Center | 265 | 6.00 | 0.50 | 3.00 | Color Photocopies | 2619985 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.50 | 3.00 | | |
| 9/1/2015 | 0500 | Copy Center | 265 | 1.00 | 0.50 | 0.50 | Color Photocopies | 2619986 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 0.50 | 0.50 | | |
| 9/1/2015 | 0467 | Joseph M. Windler | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2619987 |
| 10/12/2015 | | Invoice=382000 | | 10.00 | 0.12 | 1.20 | | |
| 9/1/2015 | 8097 | Mary S. Tschida | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2620445 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 0.12 | 0.12 | | |
| 9/1/2015 | 8097 | Mary S. Tschida | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2620446 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 0.12 | 0.12 | | |
| 9/1/2015 | 8097 | Mary S. Tschida | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2620447 |
| 10/12/2015 | | Invoice=382000 | | 9.00 | 0.12 | 1.08 | | |
| 9/1/2015 | 0073 | General Office | 260 | 1.00 | 2.52 | 2.52 | Postage | 2621191 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 2.52 | 2.52 | | |
| 9/8/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2622438 |
| 10/12/2015 | | Invoice=382000 | | 5.00 | 0.12 | 0.60 | | |
| 9/9/2015 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2622437 |
| 10/12/2015 | | Invoice=382000 | | 14.00 | 0.12 | 1.68 | | |
| 9/22/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2626557 |
| 10/12/2015 | | Invoice=382000 | | 5.00 | 0.12 | 0.60 | | |
| 9/22/2015 | 0405 | Sherry A. Ernster | 250 | 4.00 | 0.12 | 0.48 | Photocopies | 2626695 |
| 10/12/2015 | | Invoice=382000 | | 4.00 | 0.12 | 0.48 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2627195 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.12 | 0.72 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2627196 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.12 | 0.72 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2627197 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.12 | 0.72 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2627198 |
| 10/12/2015 | | Invoice=382000 | | 5.00 | 0.12 | 0.60 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2627199 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.12 | 0.72 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2627200 |
| 10/12/2015 | | Invoice=382000 | | 6.00 | 0.12 | 0.72 | | |
| 9/23/2015 | 8030 | Hesper R. Lovejoy | 250 | 12.00 | 0.12 | 1.44 | Photocopies | 2627201 |
| 10/12/2015 | | Invoice=382000 | | 12.00 | 0.12 | 1.44 | | |
| 9/23/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 20.00 | 20.00 | Delivery Service | 2628301 |
| 10/12/2015 | | Invoice=382000 | | 1.00 | 20.00 | 20.00 | | |
| 9/25/2015 | 0467 | Joseph M. Windler | 250 | 20.00 | 0.12 | 2.40 | Photocopies | 2628173 |
| 10/12/2015 | | Invoice=382000 | | 20.00 | 0.12 | 2.40 | | |
| 9/25/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2628174 |
| 10/12/2015 | | Invoice=382000 | | 5.00 | 0.12 | 0.60 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  
Client:019097 - Heartwood Enterprises, LLC   3/16/2016 9:23:50 AM

Page 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/2/2015 | 0073 | General Office | 260 | 1.00 | 2.54 | 2.54 | Postage | 2632580 |
| 11/11/2015 | | Invoice=384431 | | 1.00 | 2.54 | 2.54 | | |
| 10/7/2015 | 0467 | Joseph M. Windler | 250 | 11.00 | 0.12 | 1.32 | Photocopies | 2632488 |
| 11/11/2015 | | Invoice=384431 | | 11.00 | 0.12 | 1.32 | | |
| 10/20/2015 | 0467 | Joseph M. Windler | 470 | 1.00 | 3.00 | 3.00 | Parking - Joseph M. Windler - St. Paul, MN - | 2634831 |
| 11/11/2015 | | Invoice=384431 | | 1.00 | 3.00 | 3.00 | Parking at Grand Place Garage for site | |
| | | | | | | | inspection - Sep 28, 2015 | |
| | | Voucher=389003 Paid | | | | | Vendor=Joseph M. Windler  Balance= .00  Amount= 142.86 | |
| | | | | | | | Check #704439 10/21/2015 | |
| 10/22/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 3.00 | 0.12 | 0.36 | Photocopies | 2636477 |
| 11/11/2015 | | Invoice=384431 | | 3.00 | 0.12 | 0.36 | | |
| 10/22/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 4.00 | 0.12 | 0.48 | Photocopies | 2636478 |
| 11/11/2015 | | Invoice=384431 | | 4.00 | 0.12 | 0.48 | | |
| 10/22/2015 | 0073 | General Office | 260 | 1.00 | 0.49 | 0.49 | Postage | 2637576 |
| 11/11/2015 | | Invoice=384431 | | 1.00 | 0.49 | 0.49 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 2.00 | 0.12 | 0.24 | Photocopies | 2636822 |
| 11/11/2015 | | Invoice=384431 | | 2.00 | 0.12 | 0.24 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 3.00 | 0.12 | 0.36 | Photocopies | 2636823 |
| 11/11/2015 | | Invoice=384431 | | 3.00 | 0.12 | 0.36 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 3.00 | 0.12 | 0.36 | Photocopies | 2636824 |
| 11/11/2015 | | Invoice=384431 | | 3.00 | 0.12 | 0.36 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 3.00 | 0.12 | 0.36 | Photocopies | 2636825 |
| 11/11/2015 | | Invoice=384431 | | 3.00 | 0.12 | 0.36 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2636826 |
| 11/11/2015 | | Invoice=384431 | | 7.00 | 0.12 | 0.84 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 4.00 | 0.12 | 0.48 | Photocopies | 2636827 |
| 11/11/2015 | | Invoice=384431 | | 4.00 | 0.12 | 0.48 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 2.00 | 0.12 | 0.24 | Photocopies | 2636828 |
| 11/11/2015 | | Invoice=384431 | | 2.00 | 0.12 | 0.24 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 24.00 | 0.12 | 2.88 | Photocopies | 2636829 |
| 11/11/2015 | | Invoice=384431 | | 24.00 | 0.12 | 2.88 | | |
| 10/26/2015 | 0456 | Jenny Taplin | 250 | 4.00 | 0.12 | 0.48 | Photocopies | 2636830 |
| 11/11/2015 | | Invoice=384431 | | 4.00 | 0.12 | 0.48 | | |
| 10/28/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2638254 |
| 11/11/2015 | | Invoice=384431 | | 5.00 | 0.12 | 0.60 | | |
| 10/28/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 4.00 | 0.12 | 0.48 | Photocopies | 2638255 |
| 11/11/2015 | | Invoice=384431 | | 4.00 | 0.12 | 0.48 | | |
| 10/28/2015 | 0073 | General Office | 260 | 1.00 | 0.49 | 0.49 | Postage | 2639186 |
| 11/11/2015 | | Invoice=384431 | | 1.00 | 0.49 | 0.49 | | |
| 10/30/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 10.00 | 10.00 | Delivery Service | 2640059 |
| 11/11/2015 | | Invoice=384431 | | 1.00 | 10.00 | 10.00 | | |
| 10/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2640110 |
| 11/11/2015 | | Invoice=384431 | | 6.00 | 0.12 | 0.72 | | |
| 10/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 2.00 | 0.12 | 0.24 | Photocopies | 2640111 |
| 11/11/2015 | | Invoice=384431 | | 2.00 | 0.12 | 0.24 | | |
| 11/2/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2643101 |
| 12/8/2015 | | Invoice=385790 | | 8.00 | 0.12 | 0.96 | | |
| 11/2/2015 | 0073 | General Office | 260 | 1.00 | 0.49 | 0.49 | Postage | 2647192 |
| 12/8/2015 | | Invoice=385790 | | 1.00 | 0.49 | 0.49 | | |
| 11/4/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2641103 |
| 12/8/2015 | | Invoice=385790 | | 9.00 | 0.12 | 1.08 | | |
| 11/4/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2641104 |
| 12/8/2015 | | Invoice=385790 | | 7.00 | 0.12 | 0.84 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

Page 6

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/4/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 57.00 | 0.12 | 6.84 | Photocopies | 2641105 |
| 12/8/2015 | | Invoice=385790 | | 57.00 | 0.12 | 6.84 | | |
| 11/4/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2641106 |
| 12/8/2015 | | Invoice=385790 | | 15.00 | 0.12 | 1.80 | | |
| 11/4/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2641107 |
| 12/8/2015 | | Invoice=385790 | | 9.00 | 0.12 | 1.08 | | |
| 11/4/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 12.00 | 0.12 | 1.44 | Photocopies | 2641108 |
| 12/8/2015 | | Invoice=385790 | | 12.00 | 0.12 | 1.44 | | |
| 11/5/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2641393 |
| 12/8/2015 | | Invoice=385790 | | 9.00 | 0.12 | 1.08 | | |
| 11/5/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2641394 |
| 12/8/2015 | | Invoice=385790 | | 9.00 | 0.12 | 1.08 | | |
| 11/5/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2641566 |
| 12/8/2015 | | Invoice=385790 | | 10.00 | 0.12 | 1.20 | | |
| 11/5/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2641567 |
| 12/8/2015 | | Invoice=385790 | | 1.00 | 0.12 | 0.12 | | |
| 11/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2642983 |
| 12/8/2015 | | Invoice=385790 | | 10.00 | 0.12 | 1.20 | | |
| 11/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 2.00 | 0.12 | 0.24 | Photocopies | 2642984 |
| 12/8/2015 | | Invoice=385790 | | 2.00 | 0.12 | 0.24 | | |
| 11/18/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 20.00 | 0.12 | 2.40 | Photocopies | 2645659 |
| 12/8/2015 | | Invoice=385790 | | 20.00 | 0.12 | 2.40 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 22.00 | 0.12 | 2.64 | Photocopies | 2646978 |
| 12/8/2015 | | Invoice=385790 | | 22.00 | 0.12 | 2.64 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2646979 |
| 12/8/2015 | | Invoice=385790 | | 8.00 | 0.12 | 0.96 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2646980 |
| 12/8/2015 | | Invoice=385790 | | 9.00 | 0.12 | 1.08 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2646981 |
| 12/8/2015 | | Invoice=385790 | | 7.00 | 0.12 | 0.84 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 22.00 | 0.12 | 2.64 | Photocopies | 2646982 |
| 12/8/2015 | | Invoice=385790 | | 22.00 | 0.12 | 2.64 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2646983 |
| 12/8/2015 | | Invoice=385790 | | 17.00 | 0.12 | 2.04 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2646984 |
| 12/8/2015 | | Invoice=385790 | | 14.00 | 0.12 | 1.68 | | |
| 11/23/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2646985 |
| 12/8/2015 | | Invoice=385790 | | 7.00 | 0.12 | 0.84 | | |
| 11/24/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2647686 |
| 12/8/2015 | | Invoice=385790 | | 26.00 | 0.12 | 3.12 | | |
| 11/24/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2647687 |
| 12/8/2015 | | Invoice=385790 | | 26.00 | 0.12 | 3.12 | | |
| 11/25/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2648318 |
| 12/8/2015 | | Invoice=385790 | | 26.00 | 0.12 | 3.12 | | |
| 12/4/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2651324 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/4/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2651325 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/4/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2651326 |
| 1/14/2016 | | Invoice=387265 | | 5.00 | 0.12 | 0.60 | | |
| 12/4/2015 | 0467 | Joseph M. Windler | 250 | 36.00 | 0.12 | 4.32 | Photocopies | 2651327 |
| 1/14/2016 | | Invoice=387265 | | 36.00 | 0.12 | 4.32 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  Page 7
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/5/2015 | 0467 | Joseph M. Windler | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2651328 |
| 1/14/2016 | | Invoice=387265 | | 10.00 | 0.12 | 1.20 | | |
| 12/5/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2651329 |
| 1/14/2016 | | Invoice=387265 | | 6.00 | 0.12 | 0.72 | | |
| 12/7/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2651849 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/7/2015 | 0456 | Jenny Taplin | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2651850 |
| 1/14/2016 | | Invoice=387265 | | 5.00 | 0.12 | 0.60 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2651851 |
| 1/14/2016 | | Invoice=387265 | | 13.00 | 0.12 | 1.56 | | |
| 12/7/2015 | 0456 | Jenny Taplin | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2651852 |
| 1/14/2016 | | Invoice=387265 | | 5.00 | 0.12 | 0.60 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2651853 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2651854 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2651855 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2651856 |
| 1/14/2016 | | Invoice=387265 | | 27.00 | 0.12 | 3.24 | | |
| 12/7/2015 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2651857 |
| 1/14/2016 | | Invoice=387265 | | 7.00 | 0.12 | 0.84 | | |
| 12/7/2015 | 0456 | Jenny Taplin | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2652417 |
| 1/14/2016 | | Invoice=387265 | | 1.00 | 0.12 | 0.12 | | |
| 12/7/2015 | 0456 | Jenny Taplin | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2652418 |
| 1/14/2016 | | Invoice=387265 | | 1.00 | 0.12 | 0.12 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2652285 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2652286 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 16.00 | 0.12 | 1.92 | Photocopies | 2652287 |
| 1/14/2016 | | Invoice=387265 | | 16.00 | 0.12 | 1.92 | | |
| 12/8/2015 | 0456 | Jenny Taplin | 250 | 30.00 | 0.12 | 3.60 | Photocopies | 2652288 |
| 1/14/2016 | | Invoice=387265 | | 30.00 | 0.12 | 3.60 | | |
| 12/8/2015 | 0456 | Jenny Taplin | 250 | 29.00 | 0.12 | 3.48 | Photocopies | 2652289 |
| 1/14/2016 | | Invoice=387265 | | 29.00 | 0.12 | 3.48 | | |
| 12/8/2015 | 0456 | Jenny Taplin | 250 | 29.00 | 0.12 | 3.48 | Photocopies | 2652290 |
| 1/14/2016 | | Invoice=387265 | | 29.00 | 0.12 | 3.48 | | |
| 12/8/2015 | 0456 | Jenny Taplin | 250 | 29.00 | 0.12 | 3.48 | Photocopies | 2652291 |
| 1/14/2016 | | Invoice=387265 | | 29.00 | 0.12 | 3.48 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2652293 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2652294 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 58.00 | 0.12 | 6.96 | Photocopies | 2652295 |
| 1/14/2016 | | Invoice=387265 | | 58.00 | 0.12 | 6.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2652296 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2652297 |
| 1/14/2016 | | Invoice=387265 | | 9.00 | 0.12 | 1.08 | | |
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2652298 |
| 1/14/2016 | | Invoice=387265 | | 17.00 | 0.12 | 2.04 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  Page 8
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/8/2015 | 8192 | Gaosheng Y. Laitinen | 192 | 1.00 | 45.00 | 45.00 | Delivery Service | 2655858 |
| 1/14/2016 | | Invoice=387265 | | 1.00 | 45.00 | 45.00 | | |
| 12/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2653157 |
| 1/14/2016 | | Invoice=387265 | | 17.00 | 0.12 | 2.04 | | |
| 12/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2653158 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2653159 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2653160 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/9/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2653161 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/9/2015 | 0467 | Joseph M. Windler | 192 | 1.00 | 35.00 | 35.00 | Delivery Service | 2655857 |
| 1/14/2016 | | Invoice=387265 | | 1.00 | 35.00 | 35.00 | | |
| 12/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2653623 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 29.00 | 0.12 | 3.48 | Photocopies | 2653624 |
| 1/14/2016 | | Invoice=387265 | | 29.00 | 0.12 | 3.48 | | |
| 12/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2653625 |
| 1/14/2016 | | Invoice=387265 | | 27.00 | 0.12 | 3.24 | | |
| 12/10/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2653626 |
| 1/14/2016 | | Invoice=387265 | | 9.00 | 0.12 | 1.08 | | |
| 12/29/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2661200 |
| 1/14/2016 | | Invoice=387265 | | 9.00 | 0.12 | 1.08 | | |
| 12/29/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2661201 |
| 1/14/2016 | | Invoice=387265 | | 17.00 | 0.12 | 2.04 | | |
| 12/29/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 26.00 | 0.12 | 3.12 | Photocopies | 2661202 |
| 1/14/2016 | | Invoice=387265 | | 26.00 | 0.12 | 3.12 | | |
| 12/29/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 29.00 | 0.12 | 3.48 | Photocopies | 2661203 |
| 1/14/2016 | | Invoice=387265 | | 29.00 | 0.12 | 3.48 | | |
| 12/29/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2661204 |
| 1/14/2016 | | Invoice=387265 | | 27.00 | 0.12 | 3.24 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2661695 |
| 1/14/2016 | | Invoice=387265 | | 6.00 | 0.12 | 0.72 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2661696 |
| 1/14/2016 | | Invoice=387265 | | 5.00 | 0.12 | 0.60 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 12.00 | 0.12 | 1.44 | Photocopies | 2661697 |
| 1/14/2016 | | Invoice=387265 | | 12.00 | 0.12 | 1.44 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2661698 |
| 1/14/2016 | | Invoice=387265 | | 5.00 | 0.12 | 0.60 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2661699 |
| 1/14/2016 | | Invoice=387265 | | 13.00 | 0.12 | 1.56 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2661700 |
| 1/14/2016 | | Invoice=387265 | | 8.00 | 0.12 | 0.96 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2661701 |
| 1/14/2016 | | Invoice=387265 | | 6.00 | 0.12 | 0.72 | | |
| 12/30/2015 | 0467 | Joseph M. Windler | 250 | 46.00 | 0.12 | 5.52 | Photocopies | 2661702 |
| 1/14/2016 | | Invoice=387265 | | 46.00 | 0.12 | 5.52 | | |
| 12/30/2015 | 0511 | Christina R Loukas | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2661703 |
| 1/14/2016 | | Invoice=387265 | | 10.00 | 0.12 | 1.20 | | |
| 12/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 23.00 | 0.12 | 2.76 | Photocopies | 2661704 |
| 1/14/2016 | | Invoice=387265 | | 23.00 | 0.12 | 2.76 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  Page 9
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 16.00 | 0.12 | 1.92 | Photocopies | 2661705 |
| 1/14/2016 | | Invoice=387265 | | 16.00 | 0.12 | 1.92 | | |
| 12/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2661706 |
| 1/14/2016 | | Invoice=387265 | | 10.00 | 0.12 | 1.20 | | |
| 12/30/2015 | 8192 | Gaosheng Y. Laitinen | 250 | 47.00 | 0.12 | 5.64 | Photocopies | 2661707 |
| 1/14/2016 | | Invoice=387265 | | 47.00 | 0.12 | 5.64 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2662061 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2662062 |
| 2/19/2016 | | Invoice=389498 | | 6.00 | 0.12 | 0.72 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2662063 |
| 2/19/2016 | | Invoice=389498 | | 6.00 | 0.12 | 0.72 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2662064 |
| 2/19/2016 | | Invoice=389498 | | 5.00 | 0.12 | 0.60 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 24.00 | 0.12 | 2.88 | Photocopies | 2662065 |
| 2/19/2016 | | Invoice=389498 | | 24.00 | 0.12 | 2.88 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2662066 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2662078 |
| 2/19/2016 | | Invoice=389498 | | 9.00 | 0.12 | 1.08 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2662079 |
| 2/19/2016 | | Invoice=389498 | | 15.00 | 0.12 | 1.80 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2662080 |
| 2/19/2016 | | Invoice=389498 | | 15.00 | 0.12 | 1.80 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2662081 |
| 2/19/2016 | | Invoice=389498 | | 7.00 | 0.12 | 0.84 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 22.00 | 0.12 | 2.64 | Photocopies | 2662082 |
| 2/19/2016 | | Invoice=389498 | | 22.00 | 0.12 | 2.64 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 25.00 | 0.12 | 3.00 | Photocopies | 2662083 |
| 2/19/2016 | | Invoice=389498 | | 25.00 | 0.12 | 3.00 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2662084 |
| 2/19/2016 | | Invoice=389498 | | 9.00 | 0.12 | 1.08 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 7.00 | 0.12 | 0.84 | Photocopies | 2662085 |
| 2/19/2016 | | Invoice=389498 | | 7.00 | 0.12 | 0.84 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2662086 |
| 2/19/2016 | | Invoice=389498 | | 21.00 | 0.12 | 2.52 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2662087 |
| 2/19/2016 | | Invoice=389498 | | 6.00 | 0.12 | 0.72 | | |
| 1/1/2016 | 0467 | Joseph M. Windler | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2662088 |
| 2/19/2016 | | Invoice=389498 | | 27.00 | 0.12 | 3.24 | | |
| 1/2/2016 | 0467 | Joseph M. Windler | 250 | 48.00 | 0.12 | 5.76 | Photocopies | 2662067 |
| 2/19/2016 | | Invoice=389498 | | 48.00 | 0.12 | 5.76 | | |
| 1/2/2016 | 0467 | Joseph M. Windler | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2662068 |
| 2/19/2016 | | Invoice=389498 | | 27.00 | 0.12 | 3.24 | | |
| 1/2/2016 | 0467 | Joseph M. Windler | 250 | 44.00 | 0.12 | 5.28 | Photocopies | 2662069 |
| 2/19/2016 | | Invoice=389498 | | 44.00 | 0.12 | 5.28 | | |
| 1/2/2016 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2662070 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2662071 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 9.00 | 0.12 | 1.08 | Photocopies | 2662072 |
| 2/19/2016 | | Invoice=389498 | | 9.00 | 0.12 | 1.08 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

Page 10

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2662073 |
| 2/19/2016 | | Invoice=389498 | | 8.00 | 0.12 | 0.96 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2662074 |
| 2/19/2016 | | Invoice=389498 | | 8.00 | 0.12 | 0.96 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2662075 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2662076 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/3/2016 | 0467 | Joseph M. Windler | 250 | 20.00 | 0.12 | 2.40 | Photocopies | 2662077 |
| 2/19/2016 | | Invoice=389498 | | 20.00 | 0.12 | 2.40 | | |
| 1/3/2016 | 0560 | Quin C. Seiler | 161 | 1.00 | 229.51 | 229.51 | Computerized Legal Research | 2670637 |
| 2/19/2016 | | Invoice=389498 | | 1.00 | 229.51 | 229.51 | | |
| 1/4/2016 | 0456 | Jenny Taplin | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2662625 |
| 2/19/2016 | | Invoice=389498 | | 21.00 | 0.12 | 2.52 | | |
| 1/4/2016 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2662626 |
| 2/19/2016 | | Invoice=389498 | | 21.00 | 0.12 | 2.52 | | |
| 1/4/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2662627 |
| 2/19/2016 | | Invoice=389498 | | 21.00 | 0.12 | 2.52 | | |
| 1/4/2016 | 0467 | Joseph M. Windler | 250 | 21.00 | 0.12 | 2.52 | Photocopies | 2662628 |
| 2/19/2016 | | Invoice=389498 | | 21.00 | 0.12 | 2.52 | | |
| 1/4/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663076 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663072 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 0456 | Jenny Taplin | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663073 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663074 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663075 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663077 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/5/2016 | 0467 | Joseph M. Windler | 250 | 17.00 | 0.12 | 2.04 | Photocopies | 2663078 |
| 2/19/2016 | | Invoice=389498 | | 17.00 | 0.12 | 2.04 | | |
| 1/6/2016 | 0467 | Joseph M. Windler | 250 | 23.00 | 0.12 | 2.76 | Photocopies | 2663525 |
| 2/19/2016 | | Invoice=389498 | | 23.00 | 0.12 | 2.76 | | |
| 1/6/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2663526 |
| 2/19/2016 | | Invoice=389498 | | 8.00 | 0.12 | 0.96 | | |
| 1/6/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 18.00 | 0.12 | 2.16 | Photocopies | 2663527 |
| 2/19/2016 | | Invoice=389498 | | 18.00 | 0.12 | 2.16 | | |
| 1/11/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2665118 |
| 2/19/2016 | | Invoice=389498 | | 13.00 | 0.12 | 1.56 | | |
| 1/11/2016 | 0456 | Jenny Taplin | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2665119 |
| 2/19/2016 | | Invoice=389498 | | 13.00 | 0.12 | 1.56 | | |
| 1/11/2016 | 0456 | Jenny Taplin | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2665120 |
| 2/19/2016 | | Invoice=389498 | | 5.00 | 0.12 | 0.60 | | |
| 1/11/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2665121 |
| 2/19/2016 | | Invoice=389498 | | 13.00 | 0.12 | 1.56 | | |
| 1/11/2016 | 0456 | Jenny Taplin | 250 | 13.00 | 0.12 | 1.56 | Photocopies | 2665122 |
| 2/19/2016 | | Invoice=389498 | | 13.00 | 0.12 | 1.56 | | |
| 1/11/2016 | 0456 | Jenny Taplin | 250 | 1.00 | 0.12 | 0.12 | Photocopies | 2665231 |
| 2/19/2016 | | Invoice=389498 | | 1.00 | 0.12 | 0.12 | | |

Billed and Unbilled Recap Of Cost Detail - [019097.00001 - Litigation]  
Client:019097 - Heartwood Enterprises, LLC 3/16/2016 9:23:50 AM

Page 11

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 1/12/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2665744 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/12/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2665745 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/12/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 22.00 | 0.12 | 2.64 | Photocopies | 2665746 |
| 2/19/2016 | | Invoice=389498 | | 22.00 | 0.12 | 2.64 | | |
| 1/12/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2665747 |
| 2/19/2016 | | Invoice=389498 | | 14.00 | 0.12 | 1.68 | | |
| 1/12/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 22.00 | 0.12 | 2.64 | Photocopies | 2665748 |
| 2/19/2016 | | Invoice=389498 | | 22.00 | 0.12 | 2.64 | | |
| 1/12/2016 | 0073 | General Office | 260 | 1.00 | 3.40 | 3.40 | Postage | 2666230 |
| 2/19/2016 | | Invoice=389498 | | 1.00 | 3.40 | 3.40 | | |
| 1/20/2016 | 0467 | Joseph M. Windler | 250 | 15.00 | 0.12 | 1.80 | Photocopies | 2668247 |
| 2/19/2016 | | Invoice=389498 | | 15.00 | 0.12 | 1.80 | | |
| 1/21/2016 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2668894 |
| 2/19/2016 | | Invoice=389498 | | 8.00 | 0.12 | 0.96 | | |
| 2/9/2016 | 0467 | Joseph M. Windler | 470 | 1.00 | 15.00 | 15.00 | Parking - Joseph M. Windler - St. Paul, MN - | 2674934 |
| 3/16/2016 | | Invoice=390897 | | 1.00 | 15.00 | 15.00 | Parking for Heartwood Summary Judgment hearing. | |
| | | | | | | | - Jan 25, 2016 to Feb 04, 2016 | |
| | | Voucher=392320 Paid | | | | | Vendor=Joseph M. Windler  Balance= .00  Amount= 725.49 | |
| | | | | | | | Check #705063  02/10/2016 | |
| 2/24/2016 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2681875 |
| 3/16/2016 | | Invoice=390897 | | 14.00 | 0.12 | 1.68 | | |
| 2/25/2016 | 0456 | Jenny Taplin | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2682573 |
| 3/16/2016 | | Invoice=390897 | | 5.00 | 0.12 | 0.60 | | |
| 2/29/2016 | 0467 | Joseph M. Windler | 250 | 14.00 | 0.12 | 1.68 | Photocopies | 2683413 |
| 3/16/2016 | | Invoice=390897 | | 14.00 | 0.12 | 1.68 | | |
| 2/29/2016 | 0467 | Joseph M. Windler | 250 | 27.00 | 0.12 | 3.24 | Photocopies | 2683414 |
| 3/16/2016 | | Invoice=390897 | | 27.00 | 0.12 | 3.24 | | |
| 2/29/2016 | 0467 | Joseph M. Windler | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2683415 |
| 3/16/2016 | | Invoice=390897 | | 10.00 | 0.12 | 1.20 | | |
| 3/4/2016 | 0467 | Joseph M. Windler | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2685386 |
| | | Invoice=390897 | | 10.00 | 0.12 | 1.20 | | |
| 3/4/2016 | 0467 | Joseph M. Windler | 250 | 8.00 | 0.12 | 0.96 | Photocopies | 2685387 |
| | | Invoice=390897 | | 8.00 | 0.12 | 0.96 | | |
| 3/9/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2686789 |
| | | Invoice=390897 | | 5.00 | 0.12 | 0.60 | | |
| 3/9/2016 | 8192 | Gaosheng Y. Laitinen | 250 | 10.00 | 0.12 | 1.20 | Photocopies | 2686790 |
| | | Invoice=390897 | | 10.00 | 0.12 | 1.20 | | |
| 3/9/2016 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2686791 |
| | | Invoice=390897 | | 5.00 | 0.12 | 0.60 | | |
| 3/9/2016 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2686792 |
| | | Invoice=390897 | | 5.00 | 0.12 | 0.60 | | |
| 3/9/2016 | 0467 | Joseph M. Windler | 250 | 5.00 | 0.12 | 0.60 | Photocopies | 2686793 |
| | | Invoice=390897 | | 5.00 | 0.12 | 0.60 | | |
| 3/15/2016 | 0456 | Jenny Taplin | 250 | 6.00 | 0.12 | 0.72 | Photocopies | 2689041 |
| | | Invoice=390897 | | 6.00 | 0.12 | 0.72 | | |
| | | BILLED TOTALS:   WORK: | | | | 897.40 | 279 records | |