UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABLY SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>HEARTWOOD ENTERPRISES, LLC,<br><br>　　　　　　　　　Defendant. | No.: 15-cv-529 PAM/FLN<br><br>**CERTIFICATE OF SERVICE OF CONVENTIONALLY FILED/SEALED DOCUMENTS** |

I hereby certify that on March 25, 2016, I caused the following documents:

1. *Exhibit A to the Affidavit of Joseph M. Windler in Support of Defendant's Motion for Attorney's Fees and Nontaxable Costs (ECF No. 56-1) and;*

2. *Exhibit F to the Affidavit of Joseph M. Windler in Support of Defendant's Motion for Attorneys' Fees and Nontaxable Costs (ECF No. 56-6)*

to be filed conventionally with the Clerk of Court in accordance with Section IX of the Civil ECF Guide or Section V of the Criminal ECF Guide and that I caused a copy of the foregoing documents and the notice of electronic filing of the applicable placeholder to be mailed by first class mail, postage paid, and e-mailed to the following:

*Paul R. Hansmeier, Esq.*
*Class Justice PLLC*
*100 South Fifth Street, Suite 1900*
*Minneapolis, MN 55402*
*classjusticeorg@gmail.com*
*mail@classjustice.org*


Dated: March 25, 2016　　　　　　　　　　*s/Joseph M. Windler*
　　　　　　　　　　　　　　　　　　　　Joseph M. Windler

11697269v1