UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Disability Support Alliance
and Eric Wong,

Case No. 15-cv-529 (PAM/FLN)

Plaintiffs,

v.

**ORDER**

Heartwood Enterprises, LLC,

Defendant.
_____

This matter is before the Court on Defendant's Motion for Attorney's Fees and Nontaxable Costs. When the Court granted Defendant's Motion to Strike and Motion for Summary Judgment, it awarded Defendant its costs and attorney's fees associated with bringing the Motion to Strike. (Order, Docket No. 47.) Defendant now requests that the Court award all attorney's fees and costs incurred in this action. Because Plaintiffs have appealed this Court's decision, a determination on Defendant's costs and fees incurred in the course of litigating this action is premature.

In accordance with the Court's determination on Defendant's Motion to Strike, Plaintiff is ordered to pay $10,774.35 within fourteen days of the date of this Order. If appropriate, Defendant may re-file its Motion for Attorney's Fees and Nontaxable Costs after the appeal is complete.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Attorney's Fees and Nontaxable Costs (Docket No. 50) is **DENIED without prejudice**; and

2. Plaintiffs will pay Defendant $10,774.35 within fourteen days of the date of this Order.

Dated:  <u>April 11, 2016</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge
