UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members, and ERIC WONG,<br><br>     Plaintiffs,<br><br>v.<br><br>HEARTWOOD ENTERPRISES, LLC,<br><br>     Defendant. | No.: 15-cv-529 PAM/FLN<br><br>**DEFENDANT'S RESPONSE IN SUPPORT OF ITS BILL OF COSTS** |

Defendant Heartwood Enterprises, LLC ("Heartwood") respectfully submits this Response in Support of Its Bill of Costs.

On February 25, 2016, the Court entered Judgment in favor of Heartwood in the form of granting Heartwood's Motion for Summary Judgment. (ECF 48). The Court's Judgment dismissed Plaintiffs' claims and entered judgment in favor of Heartwood. *Id.* As Heartwood was the prevailing party, it filed its Bill of Costs on March 25, 2016. (ECF 53).

On April 8, 2016, Plaintiffs filed an Opposition to Defendant's Bill of Costs. (ECF 66).

Plaintiffs' Opposition fails and Heartwood should be awarded its Bill of Costs for at least three reasons. First, Plaintiffs did not object to the validity or amount of any of the costs contained in Heartwood's Bill of Costs. Second, pursuant to the clear language of Local Rule 54.3(c)(2), "[u]nless the court directs otherwise, the clerk **will** tax costs

after the bill of costs, any objections, and any response have been filed and served in accordance with LR 54.3(c)(1)." (emphasis added). In other words, even with Plaintiffs' Objection, an award of bill of costs to Heartwood is appropriate unless the Court expressly directs otherwise.  Lastly, the case law cited by Plaintiffs is not controlling and does not support the denial of Heartwood's Bill of Costs.  As a result, Heartwood is entitled to an award of its Bill of Costs in the amount of $1,069.42.

## CONCLUSION

Based on the foregoing, Heartwood respectfully requests that the Court award Heartwood its Bill of Costs in the amount of $1,069.42.

Dated:  April 15, 2016                     WINTHROP & WEINSTINE, P.A.

By: *s/ Joseph M. Windler*
    Joseph M. Windler, #387758

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Email:  jwindler@winthrop.com

*Attorneys for Defendant*
*Heartwood Enterprises, LLC*

11783469v1